DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE MORALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2012

[February 8, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 12-015794-CF10A.

Jose Morales, Century, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***